IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONI DUVALL**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:22-cv-01233-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                  **DEFENDANT**

## ORDER

After *de novo* review of the record, the recommended disposition from United States Magistrate Judge Jerome T. Kearney [Doc. No. 15] is adopted. The commissioner's decision is affirmed and Toni Duvall's case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE