IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONI DUVALL**                                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 4:22-cv-01233-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE